| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Delinda Ann Kidd |
| Debtor 2 (Spouse, if filing) | _____ |
| United States Bankruptcy Court for the: Southern District of Alabama (State) | |
| Case number 15-00470 (Mobile) | |

Form 4100R

# Response to Notice of Final Cure Payment                                         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 2 4 5 9

**Property address:**
186 Thames Lane
Number    Street

_____

Atmore           AL        36502
City             State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
                                                              MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   09/01/2017-04/01/2019 - 20 @$657.94
                                              05/01/2019-09/01/2019 - 5 @ 542.34            (a) $ 15,870.50

b. Total fees, charges, expenses, escrow, and costs outstanding:                          + (b) $ _____

c. **Total**. Add lines a and b.                                                          (c) $ 15,870.50

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    *** 09 / 01 / 2017
                                                                                              MM / DD / YYYY

Form 4100R                              **Response to Notice of Final Cure Payment**                              page 1

*** Relief was granted via Notice of Termination of Automactic Stay filed on 06/12/2018. Debtor is currently under a trial loan modification.

| Debtor 1 | Delinda | Ann | Kidd | Case number (*if known*) 15-00470 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mark A Baker
Signature

Date 09 / 05 / 2019

Print: Mark A. Baker
First Name  Middle Name  Last Name

Title: Attorney for creditor

Company: McMichael Taylor Gray, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 3550 Engineering Drive, Suite 260
Number  Street

Peachtree Corners,  GA  30092
City  State  ZIP Code

Contact phone ( 404 ) 474 – 7149

Email: mbaker@mtglaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
**Delinda Ann Kidd**
186 Thames Lane
Atmore, AL 36502

**Via CM/ECF electronic service:**

**Herman D. Padgett**
c/o Padgett and Robertson, Attorneys
4317 Downtowner Loop North
Mobile, AL 36609

**Daniel B. O'Brien**
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633


**This 5TH day of September, 2019**

 

                   s/ Mark A. Baker
                   Mark A. Baker
                   ASB 2459-E57M
                   McMichael Taylor Gray, LLC
                   3550 Engineering Drive
                   Suite 260
                   Peachtree Corners, GA 30092
                   404-474-7149
                   mbaker@mtglaw.com

SUSANNAH R. WALKER
850-462-1516
*swalker@sirote.com*



June 12, 2018

Herman D. Padgett
c/o Padgett and Robertson, Attorneys
4317 Downtowner Loop North
Mobile, AL 36609

Delinda Ann Kidd
186 Thames Lane
Atmore, AL 36502

Daniel B. O'Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

Re: Nationstar Mortgage LLC
    Loan Number: xxxxxx3676
    Case Number: 15-00470-HAC
    Property Address: 186 Thames Lane, Atmore, AL 36502

## NOTICE OF TERMINATION OF AUTOMATIC STAY
## NATIONSTAR MORTGAGE LLC

A Motion for Relief filed on behalf of NATIONSTAR MORTGAGE LLC resulted in an Order issued by the Bankruptcy Court entered July 7, 2016.

A Notice of Default under the terms of the Order was issued on May 4, 2018. The Notice of Default was not timely cured.

Therefore, pursuant to the terms of the Bankruptcy Court's Order, NATIONSTAR MORTGAGE LLC considers the automatic stay concerning the above-described collateral to have been terminated due to the Debtors non-compliance.

Please be advised that NATIONSTAR MORTGAGE LLC believes that termination of the automatic stay permits it to exercise its contractual and statutory rights concerning the collateral, including, but not limited to, the initiation of foreclosure proceedings of the above-referenced collateral.

*LAW OFFICES AND MEDIATION CENTERS*

2311 HIGHLAND AVENUE SOUTH    BIRMINGHAM, ALABAMA 35205

POST OFFICE BOX 55727    BIRMINGHAM, ALABAMA 35255-5727

URL | *http://www.sirote.com*

Birmingham | Huntsville | Mobile

Herman D. Padgett
Delinda Ann Kidd
Daniel B. O'Brien

June 12, 2018
Page 2

The Proof of Claim(s) filed by the Creditor regarding this debt shall be hereby reduced to the amount already paid.

Should you have any questions, please do not hesitate to contact us.

Sincerely,

Susannah R. Walker
Stephen Bulgarella
FOR THE FIRM

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

LAW OFFICES AND MEDIATION CENTERS

2311 HIGHLAND AVENUE SOUTH    BIRMINGHAM, ALABAMA 35205

POST OFFICE BOX 55727    BIRMINGHAM, ALABAMA 35255-5727

URL | http://www.sirote.com

Birmingham | Huntsville | Mobile

 **BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
814-217-1366 Fax
https://myloanweb.com/BSI

03-20-2019

Account Number 

DELINDA ANN KIDD
186 THAMES LN
ATMORE AL 36502

### TRIAL PLAN AGREEMENT

This Trial Plan Agreement ("Agreement") is made as of 03-20-2019 as used in this Agreement, the words "you" and "your" mean DELINDA ANN KIDD. "We", "us", and "our" mean BSI Financial Services. This Agreement is intended to provide you with additional time for the payment of your loan secured by the Mortgage dated 08-03-2001. We are offering you an opportunity to enter a Trial Period Plan for a mortgage modification. This is the first step toward qualifying for more affordable mortgage payments or more manageable terms. It is important that you read this information in its entirety so that you completely understand the actions you need to take to successfully complete the Trial Period Plan to permanently modify your mortgage.

**Property Address: 186 THAMES LANE , ATMORE, AL 36502**

**Account Number**

You have requested that we enter into this Agreement to hold our foreclosure in abeyance. Although we want to help you, we are not able to discontinue foreclosure until your Loan is permanently brought current. In consideration of the mutual promises in this Agreement, you and we agree as follows notwithstanding anything to the contrary contained in the note or mortgage evidencing your Loan:

1. You acknowledge that a default occurred, and your Loan has been properly accelerated and is fully due and payable.
2. You and we agree that your loan will be modified upon the successful completion of this trial plan if/when the following payments are made, in certified funds, within the grace period of fifteen (15) days from the due date. If you fail to make your payments within those 15 days, you have defaulted on the agreement and it will be terminated. Foreclosure proceedings will resume.

   The deposit of $657.94 is due 04-04-2019.
   3 trial payments of $668.34 beginning 05-01-2019 with a final trial plan payment due
   on or before 07-01-2019.
   All payments made under this Agreement are to be sent to:

   **BSI Financial Services**
   **Attn: Cashiering**
   **314 S Franklin St. or PO Box 517**
   **Titusville, PA 16354**

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # 38078
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**OR may be wired to:**

**Bank: Texas Capital Bank**
**Beneficiary: BSI PAYMENT IN PROCESS CLEARING ACCOUNT**
Payment in Process Clearing Account
2000 McKinney Ave, Suite 700
Dallas, TX 75201
ABA: 111017979
Account Number: 2111020455
Final Credit To: Payments/Cashiering
Reference Information: Loan Number, Borrower Name and Property Address

3. We agree to suspend from further foreclosure proceeding so long as you make all payments required by this Agreement, and otherwise comply with its terms. **Also, during the pendency of this Agreement your actual mortgage will continue to be considered delinquent and will show as such with the credit reporting agencies, until such time when you bring the account to a current status. Furthermore, if you seek protection by filing a new request for relief through a Bankruptcy proceeding during the pendency of this agreement, this Agreement immediately becomes Null and Void.**
4. All money paid to us during the term of this Agreement is not refundable. It shall be applied as a credit against the entire indebtedness under the Note and Deed for purposes of calculating the amount due at the time of the foreclosure sale, if such a sale is necessary.
5. We have the right to post the property for foreclosure, without the necessity of mailing a demand/notice of intent to accelerate and take all steps necessary for foreclosure in the event you default under the terms of the Agreement.
6. You must also comply with your entire obligation in the mortgage securing your Loan such as making all payments of taxes, insurance premiums, assessments, and other escrow items, and ensuring that our mortgage or deed of trust retains its priority. Additionally, the Owner of your Note may condition the offer of a Permanent Loan Modification on the completion of an Interior Inspection. A failure to comply with the duty to prevent liens that may obtain priority above ours, or a failure to cooperate with a request for an Interior Inspection, will be sufficient grounds for a denial of a permanent modification.
7. Nothing in this Agreement shall be understood or construed to be a satisfaction or Release in whole or in part of the Note or mortgage evidencing you Loan. Except as otherwise specifically provided in this agreement, the Note and mortgage evidencing you Loan will remain unchanged, and you and us remain subject to all of their terms and provisions.
8. Notwithstanding anything herein to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received in that case a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.
9. If Bankruptcy Court approval of this Trial Plan Agreement is necessary, it is solely your responsibility to obtain the Court's approval and consent to this Agreement.

_____        By: DELINDA ANN KIDD    Date: _____
Borrower Signature

**Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # 38078**
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**RE: Account Number:** ▮▮▮▮▮▮▮▮

**You agree to make payments monthly under the trial plan, as follows:**
Payments submitted must be for the full amount agreed to in the Plan and must be received by the due dates listed below.  A 15-day grace period is provided for the payments included in the Plan.  If you miss any of your payments by more than 15 days, you have defaulted on the Agreement, it will be terminated, and Foreclosure proceedings will resume.

**AMOUNT AND DATE PAYMENT MUST BE RECEIVED AT**
BSI Financial Services
ATTN: PAYMENT PROCESSING
314 S FRANKLIN ST or PO BOX 517
TITUSVILLE, PA 16354

**OR VIA WIRE TO**
BANK: TEXAS CAPITAL BANK
BENEFICIARY: BSI PAYMENT IN PROCESS CLEARING ACCOUNT
2000 MCKINNEY AVE, SUITE 700
DALLAS, TX 75201
ABA: 111017979
ACCOUNT NUMBER: 2111020455
FINAL CREDIT TO: PAYMENTS/CASHIERING
REFERENCE INFORMATION: LOAN NUMBER, BORROWER NAME AND PROPERTY ADDRESS

| Payment Due Date | Scheduled Payment Plan Amount |
|---|---|
| 04-04-2019 | $657.94 |
| 05-01-2019 | $668.34 |
| 06-01-2019 | $668.34 |
| 07-01-2019 | $668.34 |

If you have questions about your Trial Period Plan or permanent modification requirements, please contact us at 800-327-7861.

..................................................................................................................................................................................................

**Please fold all prior pages and insert with this stub, facing out, into the included envelope.**

ATTN: Payment Processing
314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354

Case 15-00470    Doc    Filed 09/05/19    Entered 09/05/19 16:32:20    Desc Main
                        Document      Page 8 of 8